IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF PDAYA MARK, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 24-cv-2133 |
| | ) |
| ISLAMIC REPUBLIC OF IRAN | ) |
| | ) |
| Defendant. | ) |

**THIRD STATUS REPORT ON SERVICE OF PROCESS**

Pursuant to the Court's August 5, 2024 Order, Plaintiffs respectfully submit this Third Status Report regarding service of process.

1. On August 5, 2024, the Court entered an Order stating: "Summons having been issued, plaintiffs shall file a written status report within 30 days of this date and every 30 days thereafter on the steps taken to effect service."

2. This case was brought against the Islamic Republic of Iran ("Iran") pursuant to the terrorism exception to the Foreign Sovereign Immunities Act ("FSIA").

3. The Complaint and a proposed summons were filed on July 21, 2024. ECF Nos. 1, 1-2.

4. The Clerk of the Court issued the signed summons on July 23, 2024. ECF No. 4.

5. On July 26, 2024, Plaintiffs filed their affidavit requesting foreign mailing pursuant to 28 U.S.C. §1608(a)(3). ECF No. 5. Plaintiffs sent to the clerk's office a package containing all of the items required for service upon a foreign state pursuant to 28 U.S.C. § 1608(a)(3). See ECF No. 6.

6. On July 29, 2024, the Clerk of the Court filed a certificate confirming that it had dispatched the service documents for service upon Iran pursuant to 28 U.S.C. § 1608(a)(3). See ECF No. 7.

7. After more than 30 days passed since the clerk entered its certificate of foreign mailing, and

service not having been effected, the Plaintiffs were permitted to attempt service under 28 U.S.C. § 1608(a)(4).

8. On September 3, 2024, Plaintiffs filed an affidavit requesting foreign mailing under section 1608(a)(4).

9. In an abundance of caution, the Plaintiffs included in their first status report on service of process a motion for an order from the Court acknowledging that they had satisfied the requirements of attempting service under section 1608(a)(3) and authorizing them to proceed with service pursuant to 28 U.S.C. § 1608(a)(4). ECF No. 11. That motion remains pending.

10. The Plaintiffs proceeded with their request for service abroad pursuant to 28 U.S.C. § 1608(a)(4).

11. On October 2, 2024, in response to an email from undersigned counsel, the Department of State acknowledged receipt of the service package, and stated that the package was under review. The Department invited counsel to inquire again "in the next few weeks" to receive an update.

12. On October 22, 2024, I requested an update.

13. On October 23, 2024, the Department of State responded: "The above case is currently under review, and we expect to dispatch to our embassy in Bern for transmission soon. If there is anything that we need from you regarding this case, we will be in touch. Feel free to reach out anytime for updates."

14. I will continue to be in touch with the Department of State and, as required by the Court's August 5, 2024 Order, will provide monthly status updates for the Court.

October 29, 2024                                    Respectfully submitted,

                                             By: /s/ Asher Perlin
                                             Asher Perlin
                                             LAW OFFICE OF ASHER PERLIN
                                             Bar I.D. FL0006
                                             4600 Sheridan Street, Suite 303

                Hollywood, Florida 33021
                786-687-0404
                asher@asherpelin.com
                *Counsel for Plaintiffs*